IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            Case No. 6:14-cr-60008

ANTHONY CORNILOUS, JR.                                                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed September 13, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 43).  Judge Bryant recommends that Defendant Anthony Cornilous Jr.'s ("Cornilous") Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 31) be dismissed with prejudice and that his oral Motion to Dismiss be granted.[1]

The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Thus, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Cornilous's oral Motion to Dismiss is **GRANTED** and his Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 31) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of October, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] On October 28, 2015, Cornilous filed the present Motion to Vacate.  (ECF No. 31).  At a September 8, 2016 hearing, Cornilous, through counsel, orally moved to dismiss the Motion to Vacate.